UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERDINAND LUGO AND
CYMBELINE GOMEZ-LUGO,

      Plaintiffs,

  v.

BANK OF AMERICA N.A.,

      Defendant.

No. 2:11-cv-01956-MCE-EFB

<u>MEMORANDUM AND ORDER</u>

----oo0oo----

    The Court is in receipt of Plaintiffs' Response (ECF No. 12) to this Court's Order to Show Cause ("OSC") (ECF 11).  That response is insufficient and unacceptable.  While counsel alleges the "omission" in this case was the "result of a calendaring error," he fails to take any responsibility for that error or to acknowledge the inconvenience the error caused the Court and, it is likely, the opposing party.  In an exercise of its patience, the Court will nonetheless extend counsel one final opportunity to convince the Court this action should proceed.

///

///

1

1 | Not later than seven (7) days following the date this Order is
2 | electronically filed, counsel is ordered to file a supplemental
3 | response to the Court's OSC that provides more than general
4 | excuses and instead specifically addresses counsel's failure to
5 | adhere to the local rules.  A failure to file such supplemental
6 | response will result in dismissal of this action with prejudice.
7 |     IT IS SO ORDERED.

Dated: September 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE