1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11   FERDINAND LUGO and                  No. 2:11-cv-01956-MCE-EFB
     CYMBELINE GOMEZ-LUGO,
12
              Plaintiffs,
13
         v.                              MEMORANDUM AND ORDER
14
     BANK OF AMERICA N.A.,
15
              Defendant.
16
                              ----oo0oo----
17
18        The Court is in receipt of Plaintiffs' Supplemental Response
19   (ECF No. 15) to this Court's Order to Show Cause ("OSC") (ECF
20   11).  The Court accepts Counsel's explanation for his failure to
21   file an Opposition or Statement of Non-Opposition to Defendant
22   Bank of America's ("Defendant") Motion to Dismiss ("Motion") (ECF
23   No. 4).  Hearing on Defendant's Motion is hereby set before this
24   Court on Thursday, November 3, 2011, at 2:00 p.m. in Courtroom 7.
25   ///
26   ///
27   ///
28   ///

1

1  All further briefing must be conducted in accordance with Eastern
2  District of California Local Rules, and a failure to timely file
3  an Opposition or Statement of Non-Opposition will result in
4  sanctions.
5     IT IS SO ORDERED.
6  Dated: October 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE